**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Marcel D Fowler,

Plaintiff,

v.

Lyft Incorporated,

Defendant.

No. CV-26-03231-PHX-DJH

**ORDER**

On June 5, 2026, Plaintiff Marcel D. Fowler ("Plaintiff") filed a Motion for Leave to File First Amended Complaint ("FAC") (Doc. 13).[1] Defendant Lyft Inc. ("Defendant") did not file a response and the time to do so has passed. *See* LRCiv 7.2(i).

Federal Rule of Civil Procedure 15(a) requires that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. Proc. 15(a). However, a court can deny leave to amend in cases of "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Here, Plaintiff has not yet amended his complaint (see Doc. 1-3), and given the lack of response from Defendant, there is not indication that the proposed amendments are the

[1] Should Plaintiff seek to make any further amendments to the operative complaint throughout the pendency of this case, Plaintiff must make meaningful meet and confer efforts with Defendant and must state that he did as much in his motion. (*See* Doc. 5 at 3). "Any motion lacking an attached compliant certificate may be summarily stricken by the Court." (*Id.*)

product of bad faith or undue delay. Therefore, the Court sees no reason why Plaintiff's proposed amendments should not be permitted. *Moss v. U.S. Secret Serv.*, 572 F.3d 962, 972 (9th Cir. 2009) ("Courts are free to grant a party leave to amend whenever 'justice so requires,' and requests for leave should be granted with 'extreme liberality.' ") (citation omitted).

Lastly, the Court is aware that Defendant's Motion to Compel Arbitration (Doc. 8) is fully briefed and awaiting resolution. Nonetheless, as no party has argued the impact of or lack thereof Plaintiff's amendments have on Defendant's Motion to Compel, the Court will deny the Motion to Compel without prejudice and with leave to re-file, so Defendant may address the FAC's changes as necessary.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 13) is **GRANTED**. A clean copy of the FAC should be filed **within ten (10) days of the Court's Order**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Compel Arbitration (Doc. 8) is **DENIED without prejudice**. If Defendant opts to do so, its motion to compel can be renewed **within twenty-one (21) days after the filing of the FAC**.

Dated this 1st day of October, 2026.

Honorable Diane J. Humetewa
United States District Judge